## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| VANESSA MCQUEEN, | : | Case No. 1:26-cv-85 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

---

The Court has reviewed the Report and Recommendation (Doc. 4) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed, and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Accordingly, after thorough review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 4) in full and **ORDERS** the following:

1.  Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B);

2.  Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3.  It is hereby **CERTIFIED** pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith. Plaintiff is **DENIED** leave to appeal in forma pauperis for the reasons explained in the Report and Recommendation

(Doc. 4). Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND