IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| VANESSA MCQUEEN, | : | Case No. 1:26-cv-85 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10)

---

The Court has reviewed the Report and Recommendation (Doc. 10) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed, and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Accordingly, after thorough review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 10) and **DENIES AS MOOT** Plaintiff's Motion to Stay Eviction and Motion for Temporary Restraining Order (Doc. 9).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND